969 A.2d 565

**CONSOL PENNSYLVANIA COAL COMPANY, Petitioner**

v.

**The FARMERS NATIONAL BANK OF CLAYSVILLE and Jon Holbert Carter and Patricia W. Carter, Respondents.**

Supreme Court of Pennsylvania.

May 15, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of May, 2009, we **GRANT** the Petition for Allowance of Appeal, **VACATE** the Order of the Superior Court, and **REMAND** to the Washington County Court of Common Pleas with direction to dismiss Petitioner's quiet title action for failure to join indispensable parties. *Van Buskirk v. Van Buskirk*, 527 Pa. 218, 590 A.2d 4, 7 (1991) (holding that action between grantees to divide property allegedly deeded to them should be dismissed for failure to join a necessary party where purported grantor who did not record and later destroyed deed was not joined). The successors in interest to Joseph and Eliza Carroll are indispensable herein. *Thompson v. Mattern*, 115 Pa. 501, 9 A. 70, 73 (1887) (holding that a reservation of "the entire privilege of all ore on said premises" is construed as an exception and "the fee in the reserved mineral remains in the vendor").

Justice SAYLOR dissents.